IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JANE DOE and JOHN ROE<br><br>                    Plaintiffs,<br>V.<br><br>TEACHERS COUNCIL, INC.,<br><br>                    Defendant. | No. 3:23-CV-01747-AN<br><br>JURY TRIAL OF 12 DEMANDED |

## DEFENDANT'S NO-OPPOSITION BRIEF TO INTERVENOR'S

Intervenor Eugene Volokh, professor of law at UCLA Law School, has filed a motion to unseal the personal names of the Plaintiffs Doe and Roe. For background, Defendant describes the background and history of this matter in their Motion and Brief Pursuant to Rule 12, which is expressly incorporated by reference herein.

Defendant Teachers Council states they have no opposition to Intervenor's Motion to Unseal.

                                        Respectfully submitted,

                                        **CORNERSTONE LAW FIRM, LLC**

Dated: February 22, 2024        By:    /s/ Joel A. Ready
                                        Joel A. Ready, Esq.
                                        PA Attorney I.D.# 321966
                                        8500 Allentown Pike, Suite 3
                                        Blandon, PA 19510
                                        (610) 926-7875
                                        *Counsel for Defendant*